JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; THEODORE A. PINNOCK, An Individual<br>**Plaintiffs**<br>v.<br>ROBERTS SUNSET BEVERLY COURT, LLC; and DOES 1 THROUGH 10, Inclusive<br>**Defendants** | Case No: 2:18-cv-08695-R-GJS<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2019

By: _____
Hon. Manuel L. Real
United States District Judge

ORDER FOR DISMISSAL 1